UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **TIMOTHY DESHUN KELLY #420218,** **Plaintiff** | **CIVIL DOCKET NO. 5:22-CV-00389** **SEC P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **TIM HOOPER,** **Defendant** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 5], having thoroughly reviewed the record, including the objection filed [Record Document 6], and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers, this 19th day of September, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE